UNITED STATES of America ex rel. Alfred J. AMAIO, Relator-Appellee,

v.

Frederick G. REINCKE, Warden, Connecticut State Prison, Respondent-Appellant.

No. 200, Docket 33480.

United States Court of Appeals Second Circuit.

Argued Nov. 3, 1969.

Decided Nov. 3, 1969.

Morton C. Hansen, Jr., Fauliso, Katz & Hansen, Hartford, Conn., for relator-appellee.

Arnold Markle, State's Attorney, New Haven, Conn., for respondent-appellant.

Before WATERMAN, FRIENDLY and SMITH, Circuit Judges.

PER CURIAM:

We affirm the judgment below upon the opinion of District Judge Blumenfeld, 300 F.Supp. 367.

■

Herbert W. BROWN et al., Appellants,

v.

TRUCK DRIVERS AND HELPERS LOCAL UNION NO. 355 OF BALTIMORE, MARYLAND, affiliated with the International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America, and W. Kelly Gregory, Inc., Appellees.

No. 13221.

United States Court of Appeals Fourth Circuit.

Argued Nov. 4, 1969.

Decided Nov. 10, 1969.

James J. Doherty, Baltimore, Md., for appellants.

Edward J. Gutman, Baltimore, Md. (Jacob Blum, and Blum, Yumkas & Mailman, Baltimore, Md. on brief), for appellee W. Kelly Gregory, Inc.

Bernard W. Rubenstein, Baltimore, Md. (Edelman, Levin, Levy, & Rubenstein, Baltimore, Md., on brief), for appellee Truck Drivers and Helpers Local Union No. 355 of Baltimore, Md.

Before WINTER, CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

In this case the district court concluded that neither the union nor the employer denied plaintiffs any rights which were vested in them under the Labor-Management Relations Act, 29 U.S.C.A. § 185. After argument of the appeal and our own examination of the record, we agree. We affirm for the reasons set forth in the opinion of the district court, Brown v. Truck Drivers and Helpers Local Union No. 355 of Baltimore, 292 F.Supp. 125 (D.Md.1968).

Affirmed.